UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

TRISURA SPECIALTY INSURANCE COMPANY : CASE NO. 1:23-cv-01073

    Plaintiff,

vs. : ORDER

NJ EXPEDITE LLC, et al.,

    Defendants.

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On February 6, 2024, this Court published an Order instructing Plaintiff Trisura Specialty Insurance Company to file proof of service upon Defendant Christopher Britford, or to file a motion for alternative service upon Defendant Britford, by April 2, 2024. The Court indicated that it would dismiss this case for want of prosecution if Plaintiff Trisura failed to meet this deadline. A review of the docket shows that Plaintiff Trisura has not filed the appropriate paperwork.

**IT IS, THEREFORE, ORDERED** that the above-captioned case is dismissed for want of prosecution.

Dated: April 11, 2024            *s/     James S. Gwin*
                                                                        JAMES S. GWIN
                                                                        UNITED STATES DISTRICT JUDGE